Argued June 20, affirmed June 20, 1972

STATE OF OREGON, *Respondent, v.* VIRGIL KEITH PHIPPS (No. 40068), *Appellant.*

497 P2d 1217

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Burgess, Special Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.